No. 105, Misc. ALLISON *v.* NELSON, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris,* Assistant Attorney General, and *Charles R. B. Kirk,* Deputy Attorney General, for respondents in opposition.

No. 169, Misc. WILSON *v.* CALIFORNIA. C. A. 9th Cir. Motion for leave to file petition for writ of certiorari denied.

No. 526, Misc. COLCHICO ET AL. *v.* SWEIGERT, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Melvin B. Belli* on the motion. *Solicitor General Griswold* for respondent in opposition.

No. 374, Misc. OSBORN *v.* WEICK, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Maclin P. Davis, Jr.,* on the motion. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for respondent United States in opposition.

No. 448, Misc. ORTEGA *v.* MONTANTE, JUDGE; and

No. 532, Misc. ANDERSON *v.* UNITED STATES ET AL. Motions for leave to file petitions for writs of prohibition denied.

No. 516, Misc. AMERICAN PIPE & CONSTRUCTION CO. *v.* PENCE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition and/or mandamus denied. *Norbert A. Schlei* and *George W. Jansen* on the motion. *William H. Ferguson* and *Charles S. Burdell* in opposition.